IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01769-DME-MEH

JEYLANI SHARIF MOWLANA,

        Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General of the United States; ROBERT MUELLER, Director of the Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; JONATHAN SCHARFEN, Acting Director, United States Citizenship and Immigration Services; and ROBERT MATHER, District Director of United States Citizenship and Immigration Services, Department of Homeland Security,

        Defendants.

**ORDER**

        On August 26, 2008, this matter was referred for limited purposes to Magistrate Judge Michael E. Hegarty. Upon further review of the file

        IT IS ORDERED that the referral to Magistrate Judge Hegarty in this civil action is hereby recalled.

        DATED: August 26, 2008

                                                  BY THE COURT:

                                                  *s/ David M. Ebel*
                                                  _____
                                                  David M. Ebel
                                                  United States Circuit Judge